PROST, Chief Judge, and O’MALLEY, Circuit Judge, with whom WALLACH, . - Circuit Judge, joins, concur in the denial of the petitions, for rehearing en banc.
NEWMAN, Circuit Judge, dissents from the denial of the petitions for rehearing en banc.
ORDER
PER CURIAM.
Appellee International Trade Commission and intervenor Align Technology, Inc. each filed separate petitions for rehearing en banc. A response to the petitions was invited by the court and filed by the appellants ClearCorrect Operating, LLC and ClearCorrect Pakistan (Private), Ltd. Several motions for leave to file amici curiae briefs were also filed and granted by the court.
The petitions, response, and briefs of amici curiae were referred to the panel that heard the appeal, and thereafter were referred to the circuit judges who are in regular active service. A poll was requested, taken, and failed.
Upon consideration thereof,
It Is Ordered That:
The petitions for rehearing en banc are denied.
The mandate of the court will be issued on April 7,2016.